■ In the Matter of LEO SMITH, Petitioner, v PHILIP J. CHETTA, Respondent. [612 NYS2d 873] —Proceeding pursuant to CPLR article 78 in the nature of a writ of mandamus to compel the respondent Justice of the Supreme Court to enlarge the terms of a previously-granted certificate of relief from disabilities to include eligibility to apply for a pistol permit.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

Mandamus does not lie to compel a discretionary act *(see, Matter of Molea v Marasco,* 64 NY2d 718). Lawrence, J. P., Joy, Friedmann and Krausman, JJ., concur.